**Dismissed and Memorandum Opinion filed October 25, 2012.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00689-CR

---

**KENNETH M. JOLIVET, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 5**
**Harris County, Texas**
**Trial Court Cause No. 1780952**

---

## M E M O R A N D U M   O P I N I O N

Appellant Kenneth M. Jolivet was convicted of possession of marijuana. Sentence was imposed on July 18, 2012. Appellant filed a timely motion for new trial and a notice of appeal. On October 19, 2012, appellant filed a motion to dismiss the appeal asserting that the trial court granted the motion for new trial on September 20, 2012. Attached to the motion to dismiss is a copy of the trial court's order granting the motion for new trial.

We cannot grant the motion to dismiss as one under Rule of Appellate Procedure 42.2(a) because it is not personally signed by appellant. We will, however, treat it as a

motion to dismiss the appeal for want of jurisdiction.

When the trial court grants a motion for new trial, it restores the case to its position before the former trial.  Tex. R. App. P. 21.9.  Because there is no conviction to be appealed, we have no jurisdiction to consider appellant's appeal.  *See Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.).

Accordingly, we dismiss the appeal for want of jurisdiction.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and McCally.

Do Not Publish — TEX. R. APP. P. 47.2(b).

2